United States Bankruptcy Court
District of Connecticut

In re:  
Corey Kupersmith  
    Debtor

Case No. 12-52303-jam  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0205-5    User: rsenteio    Page 1 of 2    Date Rcvd: Apr 10, 2019  
                         Form ID: pdfdoc2    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
        +Corey Kupersmith,    41B Byram Terrace Drive,    Greenwich, CT 06831-5124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             +E-mail/Text: ustpregion02.nh.ecf@usdoj.gov Apr 10 2019 18:41:33      Holley L. Claiborn,
        Office of The United States Trustee,    The Giaimo Federal Building,
        150 Court Street, Room 302,    New Haven, CT 06510-2022
aty             +E-mail/Text: ustpregion02.nh.ecf@usdoj.gov Apr 10 2019 18:41:33      Steven E. Mackey,
        Office of the U.S. Trustee,    The Giaimo Federal Building,    150 Court Street, Room 302,
        New Haven, CT 06510-2022
                                                                                             TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:
        Andre   Cayo    on behalf of Debtor Corey  Kupersmith cayolaw@gmail.com
        Andre   Cayo    on behalf of Defendant Corey  Kupersmith cayolaw@gmail.com
        Barry S. Feigenbaum    on behalf of Plaintiff    Royal Brunei Technical Services Sdn Bhd
         bfeigenbaum@roginlaw.com
        Christine   Sciarrino    on behalf of Creditor    Internal Revenue Service
         christine.sciarrino@usdoj.gov
        Ellery E. Plotkin    on behalf of Debtor Corey  Kupersmith EPlotkinJD@aol.com
        Ellery E. Plotkin    on behalf of Attorney Ellery E. Plotkin EPlotkinJD@aol.com
        Ellery E. Plotkin    on behalf of Defendant Corey  Kupersmith EPlotkinJD@aol.com
        James G. Verrillo    on behalf of Creditor    Amendola & Amendola, LLC jverrillo@znclaw.com
        James M. Nugent    on behalf of Real Party In Intere Ellery  Plotkin jmn@quidproquo.com,
         talba@harlowadamsfriedman.com
        Jeffrey   Hellman    on behalf of Plaintiff Ronald I. Chorches jeff@jeffhellmanlaw.com,
         christen@jeffhellmanlaw.com
        Jeffrey   Hellman    on behalf of Trustee Ronald I. Chorches jeff@jeffhellmanlaw.com,
         christen@jeffhellmanlaw.com
        Jeffrey   Hellman    on behalf of Plaintiff Ronald I. Chorches, Trustee jeff@jeffhellmanlaw.com,
         christen@jeffhellmanlaw.com
        Jeffrey   Hellman    on behalf of Trustee's Attorney    Law Offices of Jeffrey Hellman, LLC
         jeff@jeffhellmanlaw.com,  christen@jeffhellmanlaw.com
        John C. Pitblado    on behalf of Creditor    People's United Bank jpitblado@carltonfields.com,
         dredman@carltonfields.com
        Kim L. McCabe    on behalf of U.S. Trustee    U. S. Trustee kim.mccabe@usdoj.gov
        Mark   Stern    on behalf of Spec. Counsel    Mark Stern & Associates, LLC mark@msternlaw.com
        Mark   Stern    on behalf of Debtor Corey  Kupersmith mark@msternlaw.com
        Mark M. Kratter    on behalf of Creditor Marc L. Jamison laws4ct@aol.com
        Matthew T. Wax-Krell    on behalf of Plaintiff    Royal Brunei Technical Services Sdn Bhd
         mwax-krell@roginlaw.com
        Maximino   Medina, Jr.    on behalf of Plaintiff Elizabeth  Bergen mmedina@znclaw.com
        Maximino   Medina, Jr.    on behalf of Plaintiff    Amendola & Amendola, LLC mmedina@znclaw.com
        Maximino   Medina, Jr.    on behalf of Creditor    Amendola & Amendola, LLC mmedina@znclaw.com
        Maximino   Medina, Jr.    on behalf of Creditor Elizabeth  Bergen mmedina@znclaw.com
        Michael A. Carbone    on behalf of Plaintiff    Amendola & Amendola, LLC mcarbone@znclaw.com
        Michael A. Carbone    on behalf of Plaintiff Elizabeth  Bergen mcarbone@znclaw.com
        Richard M. Coan    on behalf of Interested Party Thomas  Plant rcoan@coanlewendon.com

```
District/off: 0205-5          User: rsenteio              Page 2 of 2             Date Rcvd: Apr 10, 2019
                              Form ID: pdfdoc2            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Ronald I. Chorches    on behalf of Trustee Ronald I. Chorches ronaldchorches@sbcglobal.net,
               ct10@ecfcbis.com
              Ronald I. Chorches    on behalf of Accountant   Blum Shapiro & Company, P.C.
               ronaldchorches@sbcglobal.net, ct10@ecfcbis.com
              Ronald I. Chorches    ronaldchorches@sbcglobal.net, ct10@ecfcbis.com
              Scott M. Charmoy    on behalf of Creditor Tara  Kupersmith scottcharmoy@charmoy.com,
               ecf-3ae5beb98d9b@ecf.pacerpro.com
              Scott M. Harrington    on behalf of Creditor Mark  Stern sharrington@dmoc.com
              Scott M. Harrington    on behalf of Interested Party Karin  Stern sharrington@dmoc.com
              Scott M. Harrington    on behalf of Defendant Mark  Stern sharrington@dmoc.com
              Stephen J. Curley    on behalf of Creditor J. Christopher Mewbourne scurley@cur-law.com
              Thomas M. Cassone    on behalf of Creditor   Estate of Keith Crocco tmc@msf-law.com
              U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                          TOTAL: 36
```

## File an Order:

**12-52303 Corey Kupersmith Converted** 11/19/2014

Type: bk  
Assets: y  
Case Flag: CONVERTED, 727OBJ

Chapter: 7 v  
Debtor disposition: Standard Discharge

Office: 5 (Bridgeport)  
Judge: jam

**12-52303:** *pdfdoc2 form:*

Error: error: No document found for pdf form

---

### U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Senteio, Renee entered on 4/10/2019 at 12:23 PM EDT and filed on 4/10/2019

**Case Name:**         Corey Kupersmith  
**Case Number:**       12-52303  
**Document Number:** 784

**Docket Text:**
**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY:** A hearing on Attorney Plotkin's Motion to Withdraw as Attorney, ECF No. [752], was held on April 9, 2019. In addition to the representations made in the Motion, Attorney Plotkin also represented to the Court during the hearing that Mr. Kupersmith (the "Debtor"), has been abusive, the attorney/client relationship has broken down, and he is not able to communicate with the Debtor. In accordance with D. Conn. L. Civ. R. 7(e), *Eaton v. Coca-Cola Co., 640 F. Supp.2d 203 (D. Conn. 2009)*, *Matza v. Matza, 226 Conn. 166, 627 A.2d 414 (1993)*, and Rule 1.16(b) of the Connecticut Rules of Professional Conduct, good cause exists for the withdrawal and the withdrawal can be accomplished without material adverse effect on the interests of the client because he is represented by other counsel of record. Therefore, it is hereby

**ORDERED:** The Motion to Withdraw as Attorney is **GRANTED**. (RE: [752]). Signed by Chief Judge Julie A. Manning on April 10, 2019. (Senteio, Renee)

The following document(s) are associated with this transaction:

**12-52303 Notice will be electronically mailed to:**

Michael A. Carbone on behalf of Plaintiff Amendola & Amendola, LLC  
mcarbone@znclaw.com

Michael A. Carbone on behalf of Plaintiff Elizabeth Bergen  
mcarbone@znclaw.com

Thomas M. Cassone on behalf of Creditor Estate of Keith Crocco
tmc@msf-law.com

Andre Cayo on behalf of Debtor Corey Kupersmith
cayolaw@gmail.com

Andre Cayo on behalf of Defendant Corey Kupersmith
cayolaw@gmail.com

Scott M. Charmoy on behalf of Creditor Tara Kupersmith
scottcharmoy@charmoy.com, ecf-3ae5beb98d9b@ecf.pacerpro.com

Ronald I. Chorches
ronaldchorches@sbcglobal.net, ct10@ecfcbis.com

Ronald I. Chorches on behalf of Accountant Blum Shapiro & Company, P.C.
ronaldchorches@sbcglobal.net, ct10@ecfcbis.com

Ronald I. Chorches on behalf of Trustee Ronald I. Chorches
ronaldchorches@sbcglobal.net, ct10@ecfcbis.com

Richard M. Coan on behalf of Interested Party Thomas Plant
rcoan@coanlewendon.com

Stephen J. Curley on behalf of Creditor J. Christopher Mewbourne
scurley@cur-law.com

Barry S. Feigenbaum on behalf of Plaintiff Royal Brunei Technical Services Sdn Bhd
bfeigenbaum@roginlaw.com

Scott M. Harrington on behalf of Creditor Mark Stern
sharrington@dmoc.com

Scott M. Harrington on behalf of Defendant Mark Stern
sharrington@dmoc.com

Scott M. Harrington on behalf of Interested Party Karin Stern
sharrington@dmoc.com

Jeffrey Hellman on behalf of Plaintiff Ronald I. Chorches
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Jeffrey Hellman on behalf of Plaintiff Ronald I. Chorches, Trustee
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Jeffrey Hellman on behalf of Trustee Ronald I. Chorches
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Jeffrey Hellman on behalf of Trustee's Attorney Law Offices of Jeffrey Hellman, LLC
jeff@jeffhellmanlaw.com, christen@jeffhellmanlaw.com

Mark M. Kratter on behalf of Creditor Marc L. Jamison
laws4ct@aol.com

Kim L. McCabe on behalf of U.S. Trustee U. S. Trustee
kim.mccabe@usdoj.gov

Maximino Medina, Jr. on behalf of Creditor Amendola & Amendola, LLC
mmedina@znclaw.com

Maximino Medina, Jr. on behalf of Creditor Elizabeth Bergen
mmedina@znclaw.com

Maximino Medina, Jr. on behalf of Plaintiff Amendola & Amendola, LLC
mmedina@znclaw.com

Maximino Medina, Jr. on behalf of Plaintiff Elizabeth Bergen
mmedina@znclaw.com

James M. Nugent on behalf of Real Party In Intere Ellery Plotkin
jmn@quidproquo.com, talba@harlowadamsfriedman.com

John C. Pitblado on behalf of Creditor People's United Bank
jpitblado@carltonfields.com, dredman@carltonfields.com

Ellery E. Plotkin on behalf of Attorney Ellery E. Plotkin
EPlotkinJD@aol.com

Ellery E. Plotkin on behalf of Debtor Corey Kupersmith
EPlotkinJD@aol.com

Ellery E. Plotkin on behalf of Defendant Corey Kupersmith
EPlotkinJD@aol.com

Christine Sciarrino on behalf of Creditor Internal Revenue Service
christine.sciarrino@usdoj.gov

Mark Stern on behalf of Debtor Corey Kupersmith
mark@msternlaw.com

Mark Stern on behalf of Spec. Counsel Mark Stern & Associates, LLC
mark@msternlaw.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

James G. Verrillo on behalf of Creditor Amendola & Amendola, LLC

jverrillo@znclaw.com

Matthew T. Wax-Krell on behalf of Plaintiff Royal Brunei Technical Services Sdn Bhd
mwax-krell@roginlaw.com

**12-52303 Notice will not be electronically mailed to:**

Andre Cayo on behalf of Debtor Corey Kupersmith
61 Acess Road
3rd Floor
Stratford, CT 06615

Holley L. Claiborn on behalf of Plaintiff U.S. Trustee
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
holley.l.claiborn@usdoj.gov

Holley L. Claiborn on behalf of Plaintiff William K.Harrington United States Trustee for Region 2,
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
holley.l.claiborn@usdoj.gov

Holley L. Claiborn on behalf of U.S. Trustee U. S. Trustee
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Daimler Trust
c/o Bk Servicing, LLC
PO Box 131265
Roseville, MN 55113

Fox Rotshchild LLP
,

GE Capital Retail Bank
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Law Offices of Ronald I. Chorches, LLC
449 Silas Deane Hwy - 2nd Floor
Wethersfield, CT 06109

Steven E. Mackey on behalf of U.S. Trustee U. S. Trustee
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Marc T. Miller on behalf of Debtor Corey Kupersmith
OConnell Attmore & Morris, LLC
280 Trumbull Street, 23rd Floor
Hartford, CT 06103

Marc T. Miller on behalf of Plaintiff Corey Kupersmith
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604

NLP Finance, LLC
c/o Michelle Manners ,Esq
665 Simonds Road
Williamstown, MA 01267

Ellen B. Nichols
Kaplan & Nichols, P.C.
63 Winter Street
Edgartown, MA 02539

Ellery E. Plotkin
Law Offices of Ellery E. Plotkin
,

Prince Altee Thomas, Esquire
Fox Rothschild LLP
2000 Market Street
Twentieth Floor
Philadelphia, PA 19103-3222

Patricia Louise Savanella
179 Wildcat Hill Road
Harwinton, CT 06791

Seperack & Company,LLC
7-9 Issac Street
Norwalk, CT